1  JOSEPH SCHLESINGER, #87692
   Acting Federal Defender
2  ANN H. MCGLENON, Bar #100433
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  TONY HUY HAVENS

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )   NO. 1:10-cr-0247 LJO
                                   )
12              Plaintiff,         )   STIPULATION TO CONTINUE TRIAL DATE;
                                   )   ORDER
13       v.                        )
                                   )   Trial:
14 TONY HUY HAVENS,                )   Date: August 12, 2013
                                   )   Time: 8:30 A.M.
15              Defendant.         )   Judge: Hon. Lawrence J. O'Neill
                                   )
16 _____)

17

18     **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

19 attorneys of record herein, that a new trial schedule be set in the above-referenced matter as follows: the

20 jury trial now set for March 5, 2013, **may be continued to August 12, 2013 at 8:30 A.M.**

21     This continuance is requested by counsel for Defendant because Defendant has been in custody in

22 Modesto since August 8, 2012 and is currently in trial on that state case. We do not have the access we

23 need to properly prepare for the trial.

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (iv).

                                          BENJAMIN WAGNER
                                          United States Attorney

DATED: February 4, 2013                By:   /s/ *Mark McKeon*
                                                       MARK MCKEON
                                                       Assistant United States Attorney
                                                       Attorney for Plaintiff

                                          JOSEPH SCHLESINGER
                                          Acting Federal Defender

DATED: February 4, 2013                By:   /s/ *Ann H. McGlenon*
                                                         ANN H. MCGLENON
                                                      Assistant Federal Defender
                                                         Attorney for Defendant
                                                         Tony Huy Havens

**O R D E R**

Time is excluded pursuant to §§ 3161(h)(7)(A), (B)(ii), and (iv).

IT IS SO ORDERED.

**Dated:** February 5, 2013              /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE