HEATHER E. WILLIAMS, #122664
Federal Defender
ANN H. MCGLENON, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
TONY HUE HAVENS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>    v.<br><br>TONY HUE HAVENS,<br><br>    *Defendant.* | NO. 1:10-CR-247 LJO<br><br>**STIPULATION TO MOVE TRIAL DATE AND ORDER THEREON**<br><br>TRIAL DATE: August 13, 2013<br>JUDGE:   Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that a new trial schedule be set in the above-referenced matter as follows: the jury trial now set for August 13, 2013, **may be continued to June 3, 2014 at 8:30 A.M.**

This continuance is requested by counsel for Defendant because when counsel drove to Modesto to review documents with Mr. Havens, we determined that there are significant documents on the hard drive for client's computer which was provided to the defense expert and has been in the expert's safe. The expert needs to convert the hard drive to a readable format for review by counsel and client. Though Mr. Havens was acquitted on the state court case that was charged after a search of his home, there remain thousands of pages of discovery.   Given both counsel's trial schedules, the earliest convenient date for both counsel is June, 2014. Mr. Havens has another trial set in this court in November, 2013. It is anticipated that there may be some information in that trial and defense which will assist both counsel in

resolving this, more complex, original case.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (iv).

Respectfully submitted,

BENJAMIN WAGNER
United States Attorney

DATED: July 15, 2013          By:    /s/ *Mark McKeon*
                                     MARK MCKEON
                                     Assistant United States Attorney
                                     Attorney for Plaintiff


HEATHER WILLIAMS
Federal Defender


DATED: July 15, 2013          By:    /s/ *Ann H. McGlenon*
                                     ANN H. MCGLENON
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     Tony Huy Havens


**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to §§ 3161(h)(7)(A), (B)(ii), and (iv). Trial will be June 3, 2014 at 8:30 a.m. before U.S. District Lawrence J. O'Neill.

IT IS SO ORDERED.

**Dated:   July 16, 2013**          /s/  Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

Havens - Stipulation and Proposed Order