HEATHER E. WILLIAMS, #122664
Federal Defender
ANN H. MCGLENON, #100433
JANET BATEMAN, #241210
Assistant Federal Defenders
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950
ann_mcglenon@fd.org

Attorney for Defendant
TONY HUY HAVENS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:10-CR-247 LJO |
| *Plaintiff,* | STIPULATION TO CONTINUE JURY TRIAL AND ORDER THEREON |
| vs. | |
| TONY HUY HAVENS, | Trial Date: August 12, 2014<br>Time:       8:30 a.m.<br>Judge:      Hon. Lawrence J. O'Neill |
| *Defendant.* | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their attorneys of record herein that a new trial schedule be set in the above-referenced matter as follows: the jury trial now set for June 3, 2014, **may be continued to August 12, 2014 at 8:30 a.m.**

This continuance is requested by counsel because both parties have the trial in *United States v. Havens*, 1:11-cr-250 LJO beginning on May 20, 2014.  Counsel for the defense has been invited to attend the National College for Forensic Science Litigation from June 8 to 13, 2014 in New York City.  This opportunity just presented itself, and it is an opportunity to train in complex forensic litigation by invitation only.  The following two weeks, family will be visiting from out of state.  Having compared our calendars, the next available date and time for trial is August 12, 2014.  Mr. Havens is out of custody.  This will permit further preparation, investigation and negotiation.

Both parties would like to have additional time to discuss possible resolution before completing extensive preparation.  This would conserve resources if a resolution is reached.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective trial  preparation pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(ii), and (iv).

|  |  |
|---|---|
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated: April 18, 2014 | /s/ *Mark McKeon*<br>MARK MCKEON<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | HEATHER E. WILIAMS<br>Federal Defender |
| Dated: April 18, 2014 | /s/  *Ann H. McGlenon*<br>ANN H. MCGLENON<br>Assistant Federal Defender<br>Attorney for Defendant<br>TONY HUY HAVENS |

**ORDER**

Time is excluded pursuant to §§ 3161(h)(7)(A), (B)(ii), (iv) and (8).

IT IS SO ORDERED.

| Dated:  **April 22, 2014** | /s/ Lawrence J. O'Neill<br>UNITED STATES DISTRICT JUDGE |
|---|---|

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28