1  Douglas C. Foster CSBN# 205674
   LAW OFFICES OF DOUGLAS C. FOSTER
2  2014 Tulare Street, Suite 300
   Fresno, CA  93720
3  (559) 441-0114

4  Attorney for Defendant
   Tony Havens

5

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA, FRESNO**

| UNITED STATES OF AMERICA, | Case No.: 1:10-CR-247-LJO |
|---|---|
| Plaintiff, | |
| vs. | **CONSENT ORDER DENYING SUBSTITUTION OF ATTORNEY** |
| TONY HUY HAVENS         Defendant. | |

Notice is hereby given that, subject to approval by the court and based on the declarations attached hereto, <u>TONY HAVENS</u> substitutes <u>DOUGLAS C. FOSTER</u>, State Bar No. <u>205674</u> as counsel of record in place of <u>ANN H. McGLENON – ASSISTANT FEDERAL DEFENDER</u>.

Contact information for new counsel is as follows:

    DOUGLAS C. FOSTER, CSBN: 205674
    LAW OFFICES OF DOUGLAS C. FOSTER
    2014 Tulare Street, Suite 300
    Fresno, CA 93721
    Telephone:   (559) 441-0114
    Facsimile:    (559) 441-0890
    E-mail:         dougcfoster.esq@gmail.com

1  I consent to the above substitution.

2  Date:                                              _____
3                                                     Tony Huy Havens

4

5  I consent to the above substitution.

6  Date:                                              _____
7                                                     Ann H. McGlenon
                                                      Assistant Federal Defender
8

9  I consent to the above substitution.
10
11 Date:                                              _____
                                                      Douglas C. Foster
12

13

14 The Substitution of attorney is hereby DENIED in that it is accompanied by a

15 Request for a trial continuance.

16
   IT IS SO ORDERED.
17
18     Dated:   **May 6, 2014**                 ____**/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

SUBSTITUTION OF ATTORNEY - 2