Douglas C. Foster CSBN# 205674
LAW OFFICES OF DOUGLAS C. FOSTER
2014 Tulare Street, Suite 300
Fresno, CA  93720
(559) 441-0114

Attorney for Defendant
Tony Havens

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br><br>TONY HUY HAVENS<br>　　　　Defendant. | Case No.: 1:10-CR-247-LJO<br><br>**ORDER Confirming TRIAL DATE** |

## ORDER

The Court having received, read, and considered the declarations of the Defendant and of Douglas Foster submitted in conjunction with Mr. Foster's request to substitute in as the attorney of record, hereby CONFIRMS the trial date in the above-entitled matter, and DENIES the Substitution of Attorney, since it is conditioned on Continuing the trial.

IT IS SO ORDERED.

　　Dated:　**May 6, 2014**　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE