**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:10-CR-00247 LJO |
| | 1:11-CR-00250 LJO |
| Plaintiff, | |
| vs. | ORDER |
| TONY HUY HAVENS, | |
| Defendant. | |

The Court has received and reviewed the Motions to Withdraw as Counsel of Record in both of the indicated cases. The Court requires a hearing, ex parte as it may need to be, for the following reasons:

1. The negative history of counsel representation in this case;
2. The absence of documented notice to the Defendant himself;
3. The absence of specifics for the reason for the attempted withdrawal after trial dates have been set;
4. When counsel says in the request that "another counsel be appointed," he himself was not appointed, but rather was retained. The retention issue needs to be explored.

///
///
///
///

1

1 | The matter is now set for hearing at 11 a.m. on February 9, 2015, and Counsel
2 | Foster is to notify his client that he is required to be present.
3 | IT IS SO ORDERED.
4 |
5 | Dated: January 28, 2015                    /s/ Lawrence J. O'Neill
6 |                                             HONORABLE LAWRENCE J. O'NEILL
                                                U.S. DISTRICT JUDGE