Douglas C. Foster CSBN# 205674
LAW OFFICES OF DOUGLAS C. FOSTER
2014 Tulare Street, Suite 300
Fresno, CA  93720
(559) 441-0114

Attorney for Defendant
Tony Havens

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TONY HUY HAVENS<br>　　　　Defendant. | Case No.: 1:10-CR-00247-LJO<br><br>**NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENTS AND ORDER** |

**TO THE ABOVE ENTITLED COURT AND THE ASSISTANT UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF CALIFORNIA:**

　　Defendant, Tony Huy Havens, by and through his attorney Douglas C. Foster, hereby requests that the Supplemental Declaration of Douglas C. Foster in Support of Mr. Foster's Motion to Withdraw as Counsel of Record (hereinafter "Supplemental Declaration") be filed under seal and that the United States Attorney not be served with a copy of the Supplemental Declaration.

　　This request is made pursuant to Local Rule 141(a) which states that documents can be sealed only by written order of the United States District Court.  Under the Local Rule access to all documents filed under seal is restricted to the Court and authorized court personnel.

　　The basis for the request is that the Supplemental Declaration contains privileged information protected by the attorney-client privilege.

Accordingly, it is requested that the Supplemental Declaration be Sealed and that the United States Attorney not be served with a copy of the Supplemental Declaration.

Respectfully submitted,

Dated: April 22, 2015                             /s/ *Douglas C. Foster*
                                                 DOUGLAS C. FOSTER
                                                 Attorney for Tony Huy Havens

## ORDER

For reasons set forth above, the defendant's request to have the Supplemental Declaration of Douglas C. Foster in Support of Mr. Foster's Motion to Withdraw as Counsel of Record be filed Under Seal is granted.

Service on the United States Attorney is not required.

IT IS SO ORDERED.

Dated:   **April 22, 2015**              **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE