HEATHER E. WILLIAMS, #122664
Federal Defender
ANN H. MCGLENON, #100433
JANET BATEMAN, #241210
Assistant Federal Defenders
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950
ann_mcglenon@fd.org

Attorney for Defendant
TONY HUY HAVENS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:10-cr-247 LJO |
| *Plaintiff,* | STIPULATION TO CONTINUE JURY TRIAL AND ORDER THEREON |
| vs. | Trial Date: January 12, 2016 |
| TONY HUY HAVENS, | Time:       8:30 a.m. |
| *Defendant.* | Judge:      Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their attorneys of record herein that a new trial schedule be set in the above-referenced matter as follows: the jury trial now set for November 17, 2015, **may be continued to January 12, 2016 at 8:30 a.m.**  The Court advanced the trial date on *United States v. Havens*, 1:11-cr-250 to October 14, 2015 which is an impossible date for counsel and investigators.

This continuance is requested because both parties are moving to have the trial in *United States v. Havens*, 1:11-cr-250 LJO beginning on November 17, 2015.

Both parties would also like to have additional time to discuss possible resolution before completing extensive preparation.  This would conserve resources if a resolution is reached.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective trial preparation pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(ii), and (iv).

                                                BENJAMIN B. WAGNER
                                                United States Attorney

Dated: July 7, 2015                        /s/ *Mark McKeon*
                                                MARK MCKEON
                                                MIA A. GIACOMAZZI
                                                Assistant United States Attorneys
                                                Attorney for Plaintiff

                                                HEATHER E. WILIAMS
                                                Federal Defender

Dated: July 7, 2015                        /s/ *Ann H. McGlenon*
                                                ANN H. MCGLENON
                                                JANET BATEMAN
                                                Assistant Federal Defenders
                                                Attorney for Defendant
                                                TONY HUY HAVENS

## ORDER

Time is excluded pursuant to §§ 3161(h)(7)(A), (B)(ii), (iv) and (8).

IT IS SO ORDERED.

Dated:  **July 7, 2015**                   /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

Havens: Stipulation to Continue
Trial Date; Proposed Order