BENJAMIN B. WAGNER
United States Attorney
MARK J. McKEON
MIA GIACOMAZZI
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
  United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>TONY HUY HAVENS,<br><br>            Defendant. | 1:10-CR-00247-LJO |
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>TONY HUY HAVENS,<br><br>            Defendant. | 1:11-CR-00250-LJO |

**PRELIMINARY ORDER OF FORFEITURE AND PUBLICATION THEREOF**

Based upon the plea agreements entered into between United States of America and defendant Tony Huy Havens, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1.   Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), defendant Tony Huy Havens' interest in the following

Preliminary Order of Forfeiture

1

1  property shall be condemned and forfeited to the United States of
2  America, to be disposed of according to law:
3      a. Approximately $19,000.00 in U.S. Currency, and
4      b. A personal forfeiture money judgment against defendant
5         TONY HUY HAVENS in the amount of $804,932.00.
6      2.   The above-listed assets are property constituting or were
7  derived from proceeds traceable to a violation of 18 U.S.C. §§ 1341
8  and 1343 or a conspiracy to commit such offense.
9      3.   Pursuant to Rule 32.2(b), the Attorney General (or a
10 designee) shall be authorized to seize the above-listed property.
11 The aforementioned property shall be seized and held by the United
12 States Marshals Service in its secure custody and control.
13     4.   a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C.
14 § 853(n), and Local Rule 171, the United States shall publish notice
15 of the order of forfeiture.  Notice of this Order and notice of the
16 Attorney General's (or a designee's) intent to dispose of the
17 property in such manner as the Attorney General may direct shall be
18 posted for at least 30 consecutive days on the official internet
19 government forfeiture site www.forfeiture.gov.  The United States may
20 also, to the extent practicable, provide direct written notice to any
21 person known to have alleged an interest in the property that is the
22 subject of the order of forfeiture as a substitute for published
23 notice as to those persons so notified.
24     b. This notice shall state that any person, other than the
25 defendant, asserting a legal interest in the above-listed property,
26 must file a petition with the Court within sixty (60) days from the
27 first day of publication of the Notice of Forfeiture posted on the
28 official government forfeiture site, or within thirty (30) days from

receipt of direct written notice, whichever is earlier.

5. The government, in its discretion, shall conduct discovery, including written discovery, the taking of depositions, and the issuance of subpoenas, in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

6. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

Dated:   **December 11, 2015**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE