BENJAMIN B. WAGNER
United States Attorney
MARK J. McKEON
MIA GIACOMAZZI
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
  United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:10-CR-00247-LJO |
| Plaintiff, | |
| v. | |
| TONY HUY HAVENS, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | 1:11-CR-00250-LJO |
| Plaintiff, | |
| v. | |
| TONY HUY HAVENS, | |
| Defendant. | |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on December 14, 2015, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Tony Huy Havens, in the following property:

      a. Approximately $19,000.00 in U.S. Currency, and

      b. A personal forfeiture money judgment against defendant TONY HUY HAVENS in the amount of $804,932.00.

AND WHEREAS, beginning on January 5, 2016, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Tony Huy Havens.

2.  All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.  The Federal Bureau of Investigation shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **April 15, 2016**　　　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE